# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

November 9, 2022

ADMITTED IN NY

Judge Joanna Seybert
United States District Court
225 Cadman Plaza East
Brooklyn, NY

**Re: *Jennifer Grant vs. Sarene Services, Inc.***
**Case No.22cv5444**

Dear Judge Seybert:

Please be advised that I represent the plaintiff in the above-entitled matter. We write in response to Your Honor's Order dated November 9, 2022. We filed a Notice of Voluntary Dismissal because we had been informed that there was an action pending against Sarene Services, Inc by the United States Department of Labor for the same Federal claims as we asserted in this action – Scalia v. Sarene Services, Inc and Irene Manolias 20 CV 3273.

There has been no settlement between Ms. Grant and Sarene Services, Inc and Irene Manolias as a result of this action.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

The Samuel Law Firm

Enc.