## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
Michael Samuel
1441 Broadway, Suite 6085
New York, NY 10018
(212) 308-3444
michael@thesamuellawfirm.com

Attorneys for Plaintiff

| | |
|---|---|
| Jennifer Grant, | |
| Plaintiff, | |
| - vs. – | DOCKET NO. 22-cv-05444 |
| Sarene Services, Inc, et al | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jennifer Grant hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Sarene Services, Inc. and Irene Manolias

Dated:  November 8, 2022

                                            ____*Michael Samuel*_____
                                            Michael Samuel (MS 7997)
                                            Michael Samuel
                                            1441 Broadway, Suite 6085
                                            New York, New York 10018
                                            (212) 563-9884

**SO ORDERED.**

Dated: November 9, 2022          /s/ JOANNA SEYBERT
      Central Islip, New York     JOANNA SEYBERT, U.S.D.J.

In light of Plaintiff's representation that there has been no settlement between her and any Defendants in this case (see ECF No. 15; Nov. 9, 2022 Elec. Order), Plaintiff's notice of dismissal is SO ORDERED.  See Samake v. Thunder Lube, Inc., 24 F.4th 804, 811 (2d Cir. 2022).

The Clerk of the Court is respectfully directed to terminate the pending motion at ECF No. 13 and to mark this case CLOSED.